UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT HOFFMAN,<br><br>                Plaintiff,<br><br>v.<br><br>RONALD WYSE,<br><br>                Defendant. | Case No. 20-11897<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 38), GRANTING PLAINTIFF'S REQUEST TO VOLUNTARILY DISMISS (ECF NO. 37), AND TERMINATING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS MOOT (ECF NO. 33)**

Plaintiff Robert Hoffman filed this action without assistance of counsel. ECF No. 1. This case was referred to the magistrate judge for all pretrial matters pursuant to 28 U.S.C. Section 636(b). ECF No. 29. Defendant Wyse filed a motion for summary judgment. ECF No. 33. Hoffman did not oppose the motion and instead filed a request to voluntarily dismiss. ECF No. 37.

On January 5, 2023, the assigned magistrate judge issued a Report and Recommendation ("R&R"). ECF No. 38. The R&R recommends that the Court grant Hoffman's request for a voluntary dismissal and suggests that the dismissal be with prejudice because Hoffman acknowledges he

cannot defeat the motion for summary judgment and is abandoning his claims against Wyse. *Id*.; ECF No. 37. No party has filed an objection to the R&R.

The Court has reviewed the record and **ADOPTS** the R&R. Hoffman's request (ECF No. 37) is **GRANTED** and the case is **DISMISSED** with prejudice. The motion for summary judgment (ECF No. 33) is thus **TERMINATED** as moot.

**IT IS SO ORDERED**.

Dated: February 13, 2023

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge